IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

JOSHUA CACHO

      Plaintiff,

v.                               Case No. 6:23-cv-177-CEM-LHP

CHW GROUP, INC.,

      Defendant.
_____/

**DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant CHW Group, Inc. ("Defendant"),[1] by and through undersigned counsel, hereby moves this Court for a twenty-one (21) day extension to respond to Plaintiff's Complaint through and including March 21, 2023, and in support thereof states as follows:

1.    This matter is a complaint alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA"), the Florida Telephone Solicitation Act, Fla. Stat. § 501.059 ("FTSA"), and section 934.03, Fla. Stat.

---

[1] Defendant reserves all rights including, but not limited to, the right to compel arbitration and to assert the defenses of lack of subject-matter jurisdiction, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, lack of standing, failure to state a claim upon which relief can be granted, and any other defenses to the purported claims alleged in Plaintiff's Complaint.

2. According to the Return of Service on the docket, Defendant was purportedly served on February 7, 2023. Dkt. 7. Based on that return of service, the deadline for Defendant to respond is February 28, 2023.

3. The undersigned first learned about this lawsuit late yesterday afternoon and is in need of additional time to respond to the Complaint. There are several separate and independent reasons why good cause supports providing an extension to Defendant and its counsel.

   a. *First*, Defendant only recently retained the undersigned counsel and is in need of additional time to investigate the allegations in Plaintiff's Five-Count Complaint;

   b. *Second*, the undersigned has pressing other matters that makes responding to Plaintiff's Complaint within the next few uniquely burdensome; and

   c. *Third*, because the undersigned is currently working on two emergency matters (one of which was filed last night and is expected to result in an emergency injunction hearing in the next few business days) and is scheduled to be traveling out of state over the next two weeks, additional time is needed to prepare an appropriate response to the Complaint.

4. In light of these issues, the undersigned is in need of additional time to investigate the claims alleged in the Complaint and prepare an appropriate response.

Pursuant to the requested extension, Defendant's response to the Complaint would be due on or before March 21, 2023.

5. The undersigned also notes that is has reviewed Plaintiff's "Notice of Pendency of Other Actions" (Dkt. No. 5) and notes that although Defendant has been sued in other districts for purported violation of the TCPA, Defendant does not believe that any of those claims are related to this action as they do not involve the same parties or same calls at issue in this action.

6. This motion is made in good faith and not for the purpose of delay. No party to this action will be unduly prejudiced by the granting of the requested extension of time.

7. **Local Rule 3.01(g) Certification:** Counsel for the Defendant has conferred with Plaintiff (who is proceeding *pro se*) over e-mail on February 23, 2023 and Plaintiff indicated he does not oppose the relief sought.

WHEREFORE, Defendant CHW Group, Inc., respectfully requests that the Court enter an order granting this Motion for Extension of Time to File Response to Plaintiff's Complaint, extending the deadline for Defendant's response to the Complaint through and including March 21, 2023, and granting such other relief as the Court deems just and proper.

Dated: February 24, 2023

Respectfully Submitted,

**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440

By: *s/ Yaniv Adar*
  Yaniv Adar, Esq.*
  Florida Bar No. 63804
  yaniv@markmigdal.com
  Josh A. Migdal, Esq.
  Florida Bar No. 19136
  josh@markmigdal.com
  eservice@markmigdal.com

  *Attorneys for Defendant*

*Denotes designation of Lead Counsel pursuant to Local Rule 2.02(a)

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on February 24, 2023, which served same electronically upon all counsel of record.

*s/ Yaniv Adar*
Yaniv Adar, Esq.

4