**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JOSHUA CACHO,

        Plaintiff,

v.                                                                     Case No:   6:23-cv-177-CEM-LHP

CHW GROUP INC,

        Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANT'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT (Doc. No. 8)
>
> **FILED:** February 24, 2023
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that the motion fails to comply with Local Rule 3.01(a). However, in this one instance, the Court has considered the motion on the merits despite this deficiency. Going forward, counsel is cautioned that any future filings that fail to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, or Court Orders may be stricken or summarily denied without further notice.

The deadline for Defendant to respond to the complaint is extended up to and including **March 21, 2023**.

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties